

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2015

No. 04-15-00049-CV

**MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor and the
Morningside Ministries Foundation, Inc.,
Appellant

v.

Rosa Lee **RODRIGUEZ**, as next friend of Flora Mendez,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07530
Honorable Laura Salinas, Judge Presiding

## O R D E R

The parties have filed an agreed motion to stay the appellate deadlines in this appeal pending mediation. The motion is GRANTED, and the appellate deadlines are suspended pending further order of this court. Appellants are ORDERED to file a status report regarding the outcome of the mediation no later than April 15, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court